# MEMORANDUM

**DATE**:        July 17, 2009

**TO**:          Case No. 08-cv-02150-CMA

**FROM**:        Judge Arguello

**CASE NAME**:   *Armijo v. Astrue*

Plaintiff may proceed in forma pauperis on appeal.

*/s/ Christine M. Arguello*